ACCEPTED
14-14-00663-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
2/20/2015 5:04:44 PM
CHRISTOPHER PRINE
CLERK

### No. 14-14-00663-CR

In the
## Court of Appeals
For the
## Fourteenth District of Texas
At Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

2/20/2015 5:04:44 PM

CHRISTOPHER A. PRINE
Clerk

————————◆————————

### No. 1969753
In the County Criminal Court at Law Number 5
Harris County, Texas

————————◆————————

## MARCOS M. FLORES
*Appellant*
v.
## THE STATE OF TEXAS
*Appellee*

————————◆————————

## STATE'S FOURTH AND FINAL MOTION FOR EXTENSION OF TIME IN WHICH TO FILE APPELLATE BRIEF

————————◆————————

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the State's brief in this case, and, in support thereof, presents the following:

1. In the County Criminal Court at Law Number 5 of Harris County, Texas, in cause number 1914785, the Appellant was charged with the offense of unlawfully carrying a weapon, in **The State of Texas v. Marcos M. Flores.**

2. In the County Criminal Court at Law Number 5 of Harris County, Texas, in cause number 1969753, the Appellant filed an application for a pre-trial writ of habeas corpus, in **Ex parte Marcos M. Flores**.

3. On July 7, 2014, the trial court denied relief on the Appellant's application for a pre-trial writ of habeas corpus.

4. A written notice of appeal was timely filed on July 7, 2014.

5. The Appellant's brief was filed with this Court on October 13, 2014.

6. The State's brief was due to be filed with this Court on January 13, 2015.

7. An extension of time in which to file the State's brief is requested until February 23, 2015.

8. Three previous extensions have been granted to the State.

9. The undersigned attorney recognizes that this case has been set for submission before a panel of this Court on March 26, 2015.

10. The facts relied upon to explain the need for this extension are:

With his numerous duties as Chief of the Appellate Division, the undersigned assistant district attorney has needed some additional time in order to respond to the appellant's brief in this case. The undersigned attorney is also assigned to prepare the State's briefs in the following cases:

| | |
|---|---|
| Ryan Matthew Stairhime | No. PD-1071-14 |
| Jimmy Earl Drummond | No. 01-14-00962-CR |

The undersigned attorney has also been called as a witness in the ongoing hearing on the application for a post-conviction writ of habeas corpus filed by

David Mark Temple.  The undersigned attorney has had to testify in this hearing over several days and was recalled to testify as well.  This brief would have been filed earlier had it not been for the lengthy testimony presented at this hearing.  Some time has been necessary in order to prepare for that testimony.

WHEREFORE, the State prays that this Court will grant an extension of time until February 23, 2015, in which to file the State's brief in this case.

Respectfully submitted,

/s/ *Alan Curry*

**ALAN CURRY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
TBC No. 05263700
curry_alan@dao.hctx.net

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been mailed to the appellant's attorney at the following addresses on February 20, 2015:

Carmen M. Roe
Attorney at Law
440 Louisiana, Suite 900
Houston, Texas  77002

/s/ *Alan Curry*

**ALAN CURRY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
TBC No. 05263700
curry_alan@dao.hctx.net

Date:  February 20, 2015